IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED

2024 AUG -6 AM 11: 30

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL NO.** |
| **Plaintiff,** | ) | **INFORMATION** |
| **v.** | ) | **Count One** – Title 18 U.S.C. §§ 7(3) and 13(a) involving a violation of Tex. Penal Code §§ 49.04 and 49.04(d)—Driving While Intoxicated |
| **MUSTAPHA, KAH,** | ) | |
| **Defendant.** | ) | |

EP24MJ3358-MAT

THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE**

[18 U.S.C. §§ 7(3) and 13(a) involving a violation of Tex. Penal Code §§ 49.04 and 49.04(d)]

On or about November 25, 2023, in the Western District of Texas, and at a place within the special maritime and territorial jurisdiction of the United States as defined in Title 18, United States Code, Section 7(3), on land reserved and acquired for the use of the United States, to wit: Fort Bliss, Texas, the Defendant,

**MUSTAPHA, KAH**

did then and there operate a motor vehicle in a public place while Defendant was intoxicated by reason of the introduction of alcohol into his body and it is further presented that at the time of performing an analysis of a specimen of the Defendant's blood, the analysis showed an alcohol level of 0.15 or more, in violation of Title 18, United States Code, Sections 7(3) and 13 (Involving Sections 49.04 and 49.04(d) Texas Penal Code—Driving While Intoxicated).

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

GREGORY E. McDONALD
ASSISTANT UNITED STATES ATTORNEY

By: ______________________________
ANDRES REYES
Special Assistant United States Attorney